U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

JAN 2 4 2012

CLERK, U.S. DISTRICT COURT
by_____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA           )
                                   )
VS.                                )        CASE NO.:  3:11-CR-250-M (01)
                                   )
TODD RAY WALKER                    )

**REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY**

TODD RAY WALKER, by consent, under authority of <u>United States v. Dees</u>, 125 F.3d 261

(5th Cir. 1997),  has appeared before me pursuant to Fed. R. Crim.P. 11,  and has entered a plea of

guilty to Count(s) 1 of the superseding Indictment.  After cautioning and examining  TODD RAY

WALKER under oath concerning each of the subjects mentioned in Rule 11, I determined that the

guilty plea was knowledgeable and voluntary and that the offense(s) charged is supported by an

independent basis in fact containing each of the essential elements of such offense.  I therefore

recommend that the plea of guilty, and the plea agreement, be accepted, and that TODD RAY

WALKER be adjudged guilty and have sentence imposed accordingly.

Date:   January 24, 2012

_____
RENÉE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE

**NOTICE**

Failure to file written objections to this Report and Recommendation within ten (10) days
from the date of its service shall bar an aggrieved party from attacking such Report and
Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).